**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**ELLIOTT GUNTHARP, by and through
his brother, Kent Guntharp**                                        **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 1:05CV177-D-A**

**ITAWAMBA COUNTY SHERIFF'S DEPARTMENT
and ITAWAMBA COUNTY, MISSISSIPPI**                          **DEFENDANTS**

---

**NOTICE OF SERVICE OF DISCOVERY RESPONSES**

TO:     James D. Waide, III, Esquire
        Ron L. Woodruff, Esquire
        Waide & Associates, P.A.
        Post Office Box 1357
        Tupelo, MS 38802-1357

        PLEASE TAKE NOTICE that the undersigned has this day served on the above named

and will maintain the original of the following pleadings in the office of the undersigned

pursuant to local rules of this court:

1.      Defendants' Responses to Plaintiff's First Set of Request for Admissions;
        and

2.      Defendants' Responses to Plaintiff's First Set of Interrogatories and
        Request for Production of Documents.

        This the 10th day of October, 2005.

                                        Respectfully submitted,

                                        s/ Christopher J. Latimer (MSB 101549)
                                        Berkley N. Huskison (MSB 9582)
                                        *Attorneys for Defendants*

Of Counsel:

Mitchell, McNutt & Sams
215 Fifth Street North
Post Office Box 1366
Columbus, Mississippi 39701
Telephone: 662.328.2316

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Jim Waide, Esquire
Ron L. Woodruff, Esquire
Waide & Associates, P.A.
Post Office Box 1357
Tupelo, MS 38802

This the 10th day of October, 2005.

s/ Christopher J. Latimer

575173