IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| ELLIOTT GUNTHARP, by and through his brother, Kent Guntharp | ) ) ) |
| Plaintiff, | ) ) |
| VERSUS | ) CIVIL ACTION NO.: 1:05CV177-D-D ) |
| ITAWAMBA COUNTY SHERIFF'S DEPARTMENT and ITAWAMBA COUNTY, MISSISSIPPI, | ) ) ) ) |
| Defendants. | ) |

NOTICE TO TAKE DEPOSITION OF INDIVIDUALS

TO: Berkley Huskison, Esq.
Mitchell, McNutt & Sams
P.O. Box 1366
Columbus, MS 39703-1366

NOTICE is hereby given that pursuant to the Federal Rules of Civil Procedure, at the time and place set forth herein, the undersigned, attorney of record for the Plaintiff, will take the deposition upon oral examination of the following Individuals, on February 16, 2006, before a court reporter, or some other official duty authorized to administer oath, in the law office of Bo Russell, 212 Main Street, Fulton, MS.

| NAME | TIME |
|---|---|
| Phillip Crane | 9:00 a.m. |
| Kenneth Knight | 11:00 a.m. |
| Tabitha Hallmark | 1:00 p.m. |
| Patrick Graham | 2:00 p.m. |
| Carolyn Polege | 3:00 p.m. |
| Carole Garrett | 4:00 p.m. |

The oral examination shall continue from day to day until completed. You are notified to appear and take such part in the examination as you deem proper.

        Respectfully submitted,

        WAIDE & ASSOCIATES, P.A.

       BY: *s/ Ron L. Woodruff*
         RON L. WOODRUFF
         MS BAR NO.: 100391

WAIDE & ASSOCIATES, P.A.
ATTORNEYS AT LAW
POST OFFICE BOX 1357
TUPELO, MS  38802
TELEPHONE:  662/842-7324
FACSIMILE:  662/842-8056
EMAIL: waide@waidelaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

  I, Ron L. Woodruff, attorney for Plaintiff, do hereby certify that I have this day electronically filed the above and foregoing with the Clerk of the Court, utilizing the ECF system, which sent notification of such filing to the following:

Berkley Huskison, Esq.
bhuskison@mitchellmcnutt.com

  THIS the 16th day of November, 2005.

        *s/ Ron L. Woodruff*
        RON L. WOODRUFF