IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ELLIOTT GUNTHARP, by and through**
**his brother, Kent Guntharp**                                                              **PLAINTIFF**

**VS.**                                                       **CIVIL ACTION NO. 1:05CV177-D-A**

**ITAWAMBA COUNTY SHERIFF'S DEPARTMENT**
**and ITAWAMBA COUNTY, MISSISSIPPI**                                            **DEFENDANTS**

## NOTICE OF DEPOSITIONS

TO:    James D. Waide, III, Esquire
Ron L. Woodruff, Esquire
Waide & Associates, P.A.
Post Office Box 1357
Tupelo, MS 38802-1357

Please take notice that pursuant to *Fed. R. Civ. Pro.*, *as amended*, at the time and place set forth herein, the undersigned attorney of record for Defendants, will take the depositions upon oral examination of the following persons before a court reporter, or some other official duly authorized to administer oaths, on Wednesday, February 15, 2006, at the law office of Bo Russell, 212 West Main Street, Fulton, Mississippi.

|  |  |
|---|---|
| Judy Guntharp | 4:00 p.m. |
| Sandra Guntharp | 5:00 p.m. |

The depositions will commence at the time set forth above and will continue from day to day and may be adjourned from time to time until completed. You are cordially invited to attend and to take part in the examination as appropriate.

This the 29th day of November, 2005.

                                                                  Respectfully submitted,

                                                                  s/ Christopher J. Latimer (MSB 101549)
                                                                  Berkley N. Huskison (MSB 9582)
                                                                  *Attorneys for Defendants*

Of Counsel:

Mitchell, McNutt & Sams
215 Fifth Street North
Post Office Box 1366
Columbus, Mississippi 39701
Telephone: 662.328.2316

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Jim Waide, Esquire
Ron L. Woodruff, Esquire
Waide & Associates, P.A.
Post Office Box 1357
Tupelo, MS 38802

This the 29th day of November, 2005.

                                                   s/ <u>Christopher J. Latimer</u>

577432