IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| ELLIOTT GUNTHARP, by and through his brother, Kent Guntharp | ) ) ) |
| Plaintiff, | ) ) |
| VERSUS | ) CIVIL ACTION NO.: 1:05CV177-D-D ) |
| ITAWAMBA COUNTY SHERIFF'S DEPARTMENT and ITAWAMBA COUNTY, MISSISSIPPI, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

To: Deputy Clerk
United States District Court
P. O. Box 704
Aberdeen, MS  39730

NOTICE IS HEREBY GIVEN, pursuant to Uniform Local Rule 5.3(c), that the Plaintiff has this day served the attorney of record for the Defendants, with the following:

(1) Plaintiff's Supplemental Answers to First Set of Interrogatories and Request for Production of Documents to the Defendants.

The undersigned retains the original of the above document as custodian thereof, pursuant to Uniform Local Rule 5.3(c).

SO NOTICED this the 13th day of March, 2006.

Respectfully submitted,

WAIDE & ASSOCIATES, P.A.

BY:*/s/  Ron L. Woodruff*
RON L. WOODRUFF
MS BAR NO.: 100391

WAIDE & ASSOCIATES, P.A.
ATTORNEYS AT LAW
POST OFFICE BOX 1357
TUPELO, MS 38802
TELEPHONE: 662/842-7324
FACSIMILE: 662/842-8056
EMAIL: waide@waidelaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I, Ron L. Woodruff, attorney for Plaintiff, do hereby certify that I have this day electronically filed the above and foregoing with the Clerk of the Court, utilizing the ECF system, which sent notification of such filing to the following:

Berkley Huskison, Esq.
bhuskison@mitchellmcnutt.com

      THIS the 13th day of March, 2006.


                                                                    */s/ Ron L. Woodruff*
                                                                    RON L. WOODRUFF