**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**ELLIOTT GUNTHARP**                                                                            **PLAINTIFF**

**VS.**                                                             **CIVIL ACTION NO. 1:05CV177-D-A**

**ITAWAMBA COUNTY SHERIFF'S DEPARTMENT
and ITAWAMBA COUNTY, MISSISSIPPI, SHERIFF
PHILLIP CRANE, in his individual capacity, Jail
Administrator KENNETH KNIGHT, in his individual
capacity, and PATRICK GRAHAM**                             **DEFENDANTS**

**NOTICE OF SERVICE OF DEFENDANTS'
DESIGNATION OF EXPERTS**

TO:     Jim Waide, Esquire
          Ron L. Woodruff, Esquire
          Waide & Associates, P.A.
          Post Office Box 1357
          Tupelo, MS 38802

          Bo Russell, PLLC
          Post Office Box 28
          Tupelo, MS 38802

PLEASE TAKE NOTICE that the undersigned has this day served on the above named and will maintain the original of the following pleading in the office of the undersigned pursuant to local rules of this court:

(1)     Defendants' Designation of Experts.

This the 11th day of August, 2006.

                                                            Respectfully submitted,

                                                            /s<u>Christopher J. Latimer  (MSB 101549)</u>
                                                            Berkley N. Huskison (MSB 9582)
                                                            *Attorneys for Itawamba County Sheriff's
                                                            Department, Itawamba County,
                                                            Mississippi, Sheriff Phillip Crane, in his
                                                           Individual Capacity, and Jail Administrator
                                                           Kenneth Knight, in his Individual Capacity*

Of Counsel

Mitchell, McNutt & Sams, P.A.
Attorneys at Law
Post Office Box 1366
Columbus, Mississippi 39703-1366
(662) 328-2316

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Jim Waide, Esquire
Ron L. Woodruff, Esquire
Waide & Associates, P.A.
Post Office Box 1357
Tupelo, MS 38802

Bo Russell, PLLC
Post Office Box 28
Tupelo, MS 38802

This the 11th day of August, 2006.

s/Christopher J. Latimer

589115