**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**ELLIOTT GUNTHARP**                                                    **PLAINTIFF**

**VS.**                                                           **CIVIL ACTION NO. 1:05CV177-D-A**

**ITAWAMBA COUNTY SHERIFF'S DEPARTMENT
and ITAWAMBA COUNTY, MISSISSIPPI, SHERIFF
PHILLIP CRANE, in his individual capacity, Jail
Administrator KENNETH KNIGHT, in his individual
capacity, and PATRICK GRAHAM**                                **DEFENDANTS**

## MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants Itawamba County Sheriff's Department and Itawamba County, Mississippi, Sheriff Phillip Crane, in his individual capacity, and Jail Administrator Kenneth Knight, in his individual capacity, and move this Court for the entry of Summary Judgment pursuant to Federal Rule of Civil Procedure 56. Defendants for cause state as follows:

1.

No facts exist to establish the required elements of Plaintiff's constitutional claims.

2.

The doctrine of qualified immunity bars Plaintiff's constitutional claims made against Defendants Crane and Knight in their individual capacities.

3.

The Mississippi Tort Claims Act bars Plaintiff's remaining state law claims.

In support of this Motion, these Defendants rely on their Memorandum Brief served simultaneously herewith, along with excerpts from Elliott Guntharp's deposition, attached and incorporated as Exhibit "A", Kent Guntharp's deposition, attached and incorporated as Exhibit

"B", Phyllis Guntharp's deposition, attached and incorporated as Exhibit "C", Tabatha Hallmark's deposition, attached and incorporated as Exhibit "D", Judy Guntharp's deposition, attached and incorporated as Exhibit "E", Michael George's deposition, attached and incorporated as Exhibit "F", Patrick Graham's deposition, attached and incorporated as Exhibit "G", Kenneth Knight's deposition, attached and incorporated as Exhibit "H", and Joey Miller's deposition, attached and incorporated as Exhibit "I".

WHEREFORE, these Defendants move for the entry of Summary Judgment and the dismissal of this case with prejudice on the above grounds and for any and all reasons this Court deems appropriate.

This the 1st day of November, 2006.

                    Respectfully submitted,

                    s/Christopher J. Latimer (MSB 101549)
                    Berkley N. Huskison (MSB 9582)
                    *Attorneys for Itawamba County Sheriff's Department, Itawamba County, Mississippi, Sheriff Phillip Crane, in his Individual Capacity, and Jail Administrator Kenneth Knight, in his Individual Capacity*

Of Counsel:

Mitchell, McNutt & Sams
215 Fifth Street North
Post Office Box 1366
Columbus, Mississippi 39701
Telephone: 662.328.2316

592928

## CERTIFICATE OF SERVICE

      I hereby certify that on November 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Jim Waide, Esquire
Ron L. Woodruff, Esquire
Waide & Associates, P.A.
Post Office Box 1357
Tupelo, MS 38802
jwaide@waidelaw.com
rlw@waidelaw.com

Bo Russell, PLLC
Post Office Box 28
Tupelo, MS 38802
borussellpllc@hotmail.com

      This the 1st day of November, 2006.

      s/<u>Christopher J. Latimer</u>

592928

3