Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


ELLIOTT GUNTHARP, BY AND THROUGH HIS
BROTHER, KENT GUNTHARP                    PLAINTIFF

VS.                                       NO. 1:05CV177-D-A

ITAWAMBA COUNTY SHERIFF'S DEPARTMENT
AND ITAWAMBA COUNTY, MISSISSIPPI          DEFENDANTS




*********************************************************

DEPOSITION OF ELLIOTT GUNTHARP

*********************************************************




TAKEN AT THE INSTANCE OF THE DEFENDANTS
IN THE LAW OFFICES OF WAIDE & ASSOCIATES
332 N. SPRING STREET, TUPELO, MISSISSIPPI
ON FEBRUARY 15, 2006, BEGINNING AT 9:10 A.M.



APPEARANCES NOTED HEREIN




Reported by:  KATHRYN H. BOYER, CSR #1349

_____

ADVANCED COURT REPORTING
P.O. BOX 761
TUPELO, MS 38802-0761
(662) 690-1500

COPY


EXHIBIT
"A"

1     A.   Yes.

2     Q.   Okay?  Now -- and I want to backtrack just a little

3 bit.

4     A.   Yes.

5     Q.   Tell me about, as best you can recall, your service

6 in the Army.  Where did you go and how long were you in the

7 Army and active?

8     A.   I went in '79 and I went to basic training and

9 become a wire systems installer and operator and I was at

10 Fort Gordon, Georgia, for basic and AIT and then I went to

11 Shepherd Air Force Base for a stint at school and then I went

12 to Fort Seale, Oklahoma, for a while and then I went to Korea

13 and then back to Fort Gordon, Georgia.

14     Q.   Okay.  How long were you over in Korea?

15     A.   One year and six months.

16     Q.   And again, I'm basing some of this stuff off of

17 what I've seen in discovery that's been provided.

18     A.   Yes.

19     Q.   I know you're diagnosed presently with bipolar

20 disorder.

21     A.   Yes.

22     Q.   That may not be a technical term, but that's what I

23 know it as.

24     A.   Yes.

25     Q.   And you mentioned that you've taken your

1    medications today.

2         A.    Yes.

3         Q.    What do you take today?

4         A.    I took Benztropine Mesylate, a blood pressure pill

5    and Zoloft, depression pill.

6         Q.    So is that -- make sure I'm -- is that four

7    different medications?

8         A.    Three.

9         Q.    Three.  Okay.  As you've said earlier, you're able

10   to testify today.

11        A.    Yes.

12        Q.    Okay.  Now, when were you first diagnosed with

13   bipolar disorder?

14        A.    When I was in the service.

15        Q.    Okay.  Is that the reason you got out of the

16   service?

17        A.    Yes.

18        Q.    Okay.  Now, I think I show what I see as 1985

19   roughly is when you were diagnosed.  When you were diagnosed

20   with it, what did you do?  I mean, did you go back home and

21   live with your mom or what was your reaction to being

22   diagnosed, I guess.  Where did you go live, that kind of

23   thing?

24        A.    I lived with my Korean wife.

25        Q.    You lived with -- I can't -- tell me her name

```
 1        A.    Yes.

 2        Q.    Okay.  Where were you living with Shin?  Were you

 3   in Fulton at that time?

 4        A.    With Shin?

 5        Q.    Uh-huh (indicating yes)

 6        A.    Augusta, Georgia.

 7        Q.    You were in Augusta.  Okay.  Was there anything

 8   that caused you to need to move in with your parents?

 9        A.    Yes.  I had a -- I had a bipolar episode.

10        Q.    Okay.  And was it a violent episode?

11              MR. WOODRUFF:  Object to the form.

12        Q.    (Mr. Huskison)  Can you explain the episode.

13        A.    Got moody and seeing things and scared.

14        Q.    And, Elliott, is that consistent with the episodes

15   that you would have with this condition?  That's the kind of

16   things, you're moody, being scared, that kind of thing when

17   you have episodes with your bipolar condition?

18        A.    Yes.

19        Q.    That'd be consistent with what would happen?

20        A.    Yes.

21        Q.    Okay.  When you had the episode that -- when you

22   were living with Shin, were you still on your medications?

23        A.    Yes.

24        Q.    Okay.  This was an episode that happened even

25   though you were on medications?
```

Deposition of ELLIOTT GUNTHARP, taken on FEBRUARY 15, 2006

1    basing some of these questions off what we've received from

2    your attorney.

3        A.   Yes.

4        Q.   My understanding, in '91 your father, Travis, did

5    whatever was necessary to have you committed.  Does that

6    trigger your memory at all?

7        A.   Yes.

8        Q.   All right.  Can you tell me what you recall about

9    that.

10       A.   I can't recall anything about that.

11       Q.   Anything at all.  But you do remember --

12       A.   I remember being -- yeah.  Right.

13       Q.   I think that there was a second time where you

14   voluntarily committed yourself.

15       A.   Right.

16       Q.   Okay.  Was that about in the same time frame as

17   best you can recall?

18       A.   Close to it.

19       Q.   Tell me about what you remember.  What was

20   happening?  What were you doing that was creating a problem?

21       A.   I don't really know.

22       Q.   Would it be some of these same things, moodiness;

23   would that be probably one of them?

24       A.   Yes.

25       Q.   Seeing things?

1     Q.   Okay.  Now -- and Jerry said, we can't do that

2  right now.

3     A.   Yes.

4     Q.   All right.  What happened next?

5     A.   They put me into the cell, in the second cell.

6     Q.   Okay.

7     A.   And the -- and while I was laying on the second

8  cell on the bottom, there was soiled sheets and blankets and

9  this black guy come up there and he said, what you doing in

10  my cell?  And I was just laying there.

11     Q.   Okay.  Were you locked in there at the time?

12     A.   Yes.

13     Q.   Do you remember the black guy's name?

14     A.   No.

15     Q.   Okay.  In the cell you were in -- I think you said

16  you were in the second cell and I've been there and I haven't

17  seen all the pictures that were taken during the

18  surveillance, but I know generally where you're talking

19  about.

20     A.   Yes.

21     Q.   You open the door and you were in that second cell

22  walking back through.

23     A.   Right.

24     Q.   Were there two beds in there?

25     A.   Yes.

Deposition of ELLIOTT GUNTHARP, taken on FEBRUARY 15, 2006

1      Q.    Okay.  Did the black man ever come back into that

2    cell with you?

3      A.    No.

4      Q.    Okay.  Did you have that cell to yourself the rest

5    of the time you were there?

6      A.    Yes.

7      Q.    Okay.  You got one cell on one side, which I'll

8    call that cell one.

9      A.    Yes.

10     Q.    Was there anybody in that cell?

11     A.    Yes.

12     Q.    Do you remember his name?

13     A.    No.

14     Q.    Okay.  But somebody was in that cell.

15     A.    Yes.

16     Q.    All right.  What about cell three?

17     A.    Yes.

18     Q.    Somebody was in cell three as well?

19     A.    Yes, sir.

20     Q.    Do you remember the name of that person?

21     A.    No.

22     Q.    Do you remember somebody that was nicknamed

23   Waterdog?

24     A.    Yes.

25     Q.    Was he in one of those cells?

Deposition of ELLIOTT GUNTHARP, taken on FEBRUARY 15, 2006

Page 37

1      A.   And was going to cuff me and put some footcuffs on

2   me, but I wouldn't do it and I started kicking at the cell.

3   He started cussing at me and then he got a shock baton and

4   was sticking it in and out of between the bars at me.

5      Q.   Okay.

6      A.   And he hit my wrist and Waterdog said that he'd

7   cuff me and I let Waterdog cuff me and that.

8      Q.   Okay.

9      A.   Then we went to Region III and then at Region III,

10  the doctors and stuff, I told them I wouldn't talk to them

11  unless I seen my pastor.

12     Q.   Okay.  You asked to see your pastor again --

13     A.   Yes.

14     Q.   -- at Region III?

15     A.   Yes.  Right.

16     Q.   Did they let you see your pastor there?

17     A.   No.

18     Q.   You mentioned Waterdog back when Kenneth Knight was

19  trying to get you to go to Region III.  Was Waterdog there?

20     A.   Yes.

21     Q.   Okay.

22     A.   And Patrick Graham.

23     Q.   And Patrick Graham.

24     A.   Yes.

25     Q.   Both of those two were there with Kenneth.

Deposition of ELLIOTT GUNTHARP, taken on FEBRUARY 15, 2006

Page 39

1    recall them coming in to take you to Region III?

2         A.    No.

3         Q.    Don't recall.

4         A.    I was so disorientated, you know, I couldn't tell

5    the days.

6         Q.    Okay.  At that time, Elliott, had you had your

7    medications?

8         A.    No.

9         Q.    Had you had any of your medications?

10        A.    No.

11        Q.    I know you took several.  You hadn't been given

12   any?

13        A.    I only had medication twice.

14        Q.    Okay.

15        A.    And that was before I went to court.

16        Q.    Okay.  That would have been three or four days

17   later.

18        A.    Right.

19        Q.    But on the night that you checked in and in the

20   morning before you went to Region III, your testimony is you

21   didn't take any medications.

22        A.    Right.

23        Q.    Okay.  Now, you went to Region III.  Do you

24   remember the doctor that evaluated you there?

25        A.    Dr. Massur and Dr. Goff.

Deposition of ELLIOTT GUNTHARP, taken on FEBRUARY 15, 2006

1  like that at him?

2      A.   I kicked the bars.  When he had the shock baton

3  going like that (indicating), I kicked the bars at him.

4      Q.   Okay.

5      A.   And then when I got hit with it, I veered off to

6  end of the cell.

7      Q.   Okay.  He -- where did he hit you on your hand?

8      A.   On the wrist right here (indicating).

9      Q.   On the wrist and he's pointing right at his --

10  looks like your right wrist.

11      A.   Right.

12      Q.   Okay.  Show you something.  And, Elliott, I'm not

13  sure when these things were taken.

14      A.   Yes.

15      Q.   Do you remember when these pictures were taken?

16      A.   No.

17      Q.   You don't.  All right.  And is that your hand?  I

18  believe it is.  What I think this is showing, Elliott, is

19  your hand and where you've got marks on your hand.

20      A.   Yes.

21      Q.   All right.  Can you show -- we'll mark this as

22  Exhibit A.  Where on this -- this is your right hand.  Where

23  did you get hit with the baton?

24      A.   Right there (indicating).

25           MR. WOODRUFF:  Circle it or anything?

1    Q.   Was Waterdog there at that time as well?

2    A.   Yes.

3    Q.   Okay.  Now -- all right.  I think you said,

4  Elliott, it knocked you back when he hit you with it.

5    A.   (Witness nods head up and down)

6    Q.   Were you still conscious after he hit you?

7    A.   Yes.

8    Q.   Okay.  And as you said, you pointed where he -- you

9  think he hit you on your hand.

10    A.   Yes.

11    Q.   Okay.  Now, how long after that before Waterdog was

12  able to get you cuffed and ready to go?

13    A.   Not very long.

14    Q.   Soon after that?

15    A.   Right after he shocked me with the shock baton.

16    Q.   Okay.

17    A.   Right after that.

18    Q.   Okay.  Now, we've talked about your visit and your

19  evaluation at Region III.

20    A.   Uh-huh (indicating yes).

21    Q.   And you got back to the jail that night.  Had you

22  had any medications at that point?

23    A.   The only time I had medications was twice before I

24  went to court.

25    Q.   Okay.  That day before you went to court or the --

Deposition of ELLIOTT GUNTHARP, taken on FEBRUARY 15, 2006

1      A.    Yes.

2      Q.    The day of or the day before; do you remember?

3      A.    No.

4      Q.    Okay.

5      A.    But two days -- two days before I went to court.

6      Q.    Okay.

7      A.    In the evening time.

8      Q.    And who administered or who gave you the

9  medication?

10     A.    Patrick Graham.

11     Q.    Patrick did.  Now, you mentioned requesting to see

12  your pastor that first day.  Did you ever request to see

13  Pastor Bain anymore after you were there?

14     A.    Yes.  I was hollering to the other people that I

15  wanted to see my preacher and Brother Bain.

16     Q.    You wanted to see your preacher and Brother Bain.

17  Is that two separate people?

18     A.    No, just Brother Bain.

19     Q.    Just Brother Bain.

20     A.    Right.

21     Q.    When you said you were hollering it to the other

22  people in the jail --

23     A.    Right.

24     Q.    Okay.  Now, were you familiar -- what was the

25  response?  I mean, for example, Kenneth Knight, did he ever

Deposition of ELLIOTT GUNTHARP, taken on FEBRUARY 15, 2006

Page 67

1      Q.    How many medications were you taking when you got

2   back to the house?  Do you remember?  I know it's hard to

3   remember.  We can check records.

4      A.    Yeah.  Just check the records.

5      Q.    Okay.  But you were taking stuff for your bipolar?

6      A.    Yes.

7      Q.    Would that include depression medicine?

8      A.    No.  He just put me on the depression medicine now

9   about six -- about a couple of months ago or so, I believe.

10  I can't remember.

11     Q.    And, Elliott, when you were -- after you left the

12  Itawamba County Jail and went to the VA hospital, did you

13  have discussions with your doctor about things that were

14  bothering you?

15     A.    No.

16           MR. WOODRUFF:  Are you talking about the VA

17  hospital or after he got back to --

18     Q.    (Mr. Huskison)  When you were at the VA hospital.

19  Right after you left the Itawamba County Jail, did you have

20  any discussions with your doctor about things that were

21  bothering you?

22     A.    About what happened to me?

23     Q.    Uh-huh (indicating yes).

24     A.    No.

25     Q.    Okay.  Okay.  Did you talk with your doctor about

Page 68

```
 1    your divorce and what stress that was causing you?

 2         A.   Yes.

 3         Q.   Okay.  But you didn't mention anything about the

 4    jail.

 5         A.   I could have, but I can't remember.

 6         Q.   Okay.  You just don't remember whether you

 7    mentioned that.

 8         A.   Right.

 9         Q.   Just have to look at his notes and see what he

10    says?

11         A.   Yes, sir.

12         Q.   Okay.  Now, during that time frame, you were going

13    through a difficult divorce.

14         A.   Yes.

15         Q.   And that was with Jan?

16         A.   Yes.

17         Q.   All right.  And are you divorced now?

18         A.   No.

19         Q.   Okay.  The process is still ongoing?

20         A.   Yes.

21         Q.   Are you still trying to get a divorce?

22         A.   Yes.

23         Q.   Okay.  Is that what you want?

24         A.   Yes.

25         Q.   Okay.  And Jan does not want that or --
```

Deposition of ELLIOTT GUNTHARP, taken on FEBRUARY 15, 2006

1    A.    No.

2    Q.    But you heard people saying that.

3    A.    Yes.

4            MR. WOODRUFF:  I don't have anything else.

5            MR. HUSKISON:  Just a couple of follow-ups to

6  what he asked and it will be short, Elliott.

7            MR. GUNTHARP:  Okay.

8

9                    EXAMINATION

10  BY MR. HUSKISON:

11    Q.    When you -- and, again, I don't want to beat this

12  in the ground, but as you know, Kenneth denies hitting you

13  with the gun.

14    A.    (Witness nods head up and down)

15    Q.    During that time frame when you say this happened,

16  you were refusing to allow him to cuff you, were you not?

17    A.    Yes.

18    Q.    You were yelling and cussing.

19    A.    Yes.

20    Q.    You were flailing around in your cell.

21    A.    Yes.

22    Q.    Did you get up in a karate stance toward him?

23    A.    Yes.

24    Q.    Okay.  And this is when you were behind the bars.

25    A.    Yes.

EXHIBIT
Elliott
L Gunthavp
7-15-06