Deposition of TABATHA HALLMARK, taken on FEBRUARY 16, 2006

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ELLIOTT GUNTHARP, BY AND THROUGH HIS
BROTHER, KENT GUNTHARP                    PLAINTIFF

VS.                                       NO. 1:05CV177-D-A

ITAWAMBA COUNTY SHERIFF'S DEPARTMENT
AND ITAWAMBA COUNTY, MISSISSIPPI          DEFENDANTS


*************************************************************

DEPOSITION OF TABATHA HALLMARK

*************************************************************


TAKEN AT THE INSTANCE OF THE PLAINTIFF
IN THE LAW OFFICES OF BO RUSSELL
212 WEST MAIN STREET, FULTON, MISSISSIPPI
ON FEBRUARY 16, 2006, BEGINNING AT 9:10 A.M.


APPEARANCES NOTED HEREIN


Reported by:  KATHRYN H. BOYER, CSR #1349

_____

ADVANCED COURT REPORTING
P.O. BOX 761
TUPELO, MS 38802-0761
(662) 690-1500

COPY

EXHIBIT
"D"

**DAILY ACTIVITY LOG**

EXHIBIT
17 Hallmark
2-16-06

| DATE | TIME: TO: FROM: | OFFICER: |
|------|------|------|
| 4-1-04 | 0430 | D.E. McCrore Gore |
| 4-1-04 | 0522 | McCrore Gore |
| 4-1-04 | 0600 | Run Window Trick |/ Q3 01 |
| 4-1-04 | 0722 | Kevin out to work – B.A. |
| 4-1-04 | 0800 | 0/C |
| 4-1-04 | 0840 | Kenneth Escorting 1 female to Doctor |
| 4-1-04 | 1110 | Mira Tucker to Doctor |
| 4-1-04 | 1215 | 0/C Coke call |
| 4-1-04 | 1345 | Meds |
| 4-1-04 | 1417 | 0/C |
| 4-1-04 | 1530 | 0/C |
| 4-1-04 | 1622 | 0/C |
| 4-1-04 | 1708 ok  1720 Luriey In escorted by Ita-8 |
| 4-1-04 | 1800 | End of Shift for JB |

## DAILY ACTIVITY LOG

| DATE | TIME: TO: | FROM: | OFFICER: |
|---|---|---|---|
| 4-1-04 | | 1800 | Linda Williams checking cell |
| | | 1830 | Cell TV break & holding |
| | | 1900 | Night in prisoners names Bo Oak |
| | | | Bo Oak Knight and Sherry Kelley |
| | | Ⓖ | Sherry Lane 3 of their Inmate |
| 4-1-04 | | | Arm in cuffed one to door |
| | | 2000 OK | Cell Holding |
| | | 2030 | Cell Cell Dayroom |
| | | 2100 OK | Cell female |
| 4-2-04 | | 2200 | Med Green |
| 4-1-04 | | 2315 | Linda Williams Smoking Room |
| 4-1-04 | | 0000 OK | Tem Turner lock down |
| 4-2-04 | | 0120 OK | |
| 4-2-04 | | 0200 OK | Female found naked them to provide down |
| | 0315 OK | 0330 | |

# DAILY ACTIVITY LOG

| DATE | TIME: FROM: | OFFICER: J. Holmes | |
|---|---|---|---|
| 4-2-06 | 06:00 | 10-8 @ jail | |
| // | 06:15 | Son Wood came to sign in for work - going out will | |
| // | // | Jerry Anderson | |
| // | 06:34 | Breakfast served | |
| // | 07:01 | ob - What Officer | |
| // | 07:34 | ob - Meds given | |
| // | 08:01 | ob | |
| // | 08:34 | ob | |
| // | 09:01 | ob | |
| // | 09:01 | ob | |
| // | 09:33 | ob - Chad Witcher & Michael Sturge out to Court w/ E-2, N-2 | |
| // | 10:01 | ob | |
| // | 10:32 | ob | |
| // | 11:00 | Chad Witcher & Michael George back to court | |
| // | 11:33 | ob | |
| // | 12:02 | ob | |
| // | 12:15 | Robert Rowe tried to hang himself in cell #6 - stopped by staff | |
| // | 13:01 | ob | Guy Ottinger 1:02 doc.6 |

# DAILY ACTIVITY LOG

| DATE | TIME: TO: FROM: | OFFICER: I-1 _____ |
|------|------|------|
| 4-2-04 | 13:33 | |
| 4/02/04 | 14:00 | |
| 4/02/04 | 1530 | Supper Served |
| 4/02/04 | 1546 | Harris in from work |
| 4/02/04 | 1800 | R. Gilmore in (FD-50) Holding   J2-Gannett 10-8 |
| 4/02/04 | 1930 | B. Black back to D/R |
| 4/02/04 | 2010 | Insulin to Wolff (Holding) |
| 4/02/04 | 2200 | finished Meds + Cell Call |
| 4/02/04 | 2215 | All Locked Down |
| 4/03/04 | 2330 | Females got to bed |
| 4/03/04 | 0600 | 10-45 |
| 4/05/04 | 6045 | 10-45 |
| 4/03/04 | 0120 | 10-45 |
| 04/03/04 | 0201 | 10-45 |
| 04/03/04 | 0231 | 10-45 |
| 04/03/04 | 0310 | 10-45 X1 Female (Aith PD) |
| | 0300 | 10-45 |
| | 0453 | 10-45 |

*Side annotations (handwritten):*

Water - Sentenced change 1050 Change To MDOC To MDOC

The microne? in R 2005

Gerald Kolb Needs Another kind of Insulin

## DAILY ACTIVITY LOG

| DATE | TIME TO: | TIME FROM: | OFFICER: |
|------|----------|------------|----------|
| 04/03/04 | | 0524 | 10:45 Steele get 2 IBO pm (cont'd) |
| | 0540 | | J2 Gumm (cont'd) |
| 4/3/04 | 0600 | | OK @ 3 OC |
| 4/3/04 | 0700 | | Meds/Breakfast |
| 4/3/04 | 0730 | | OK/Breakfast |
| 4/3/04 | 0910 | | OK/transferin |
| 4/3/04 | 0910 | | OK |
| 4/3/04 | 1030 | | Donuts |
| 4/3/04 | 1045 | | checked Sugar on Kolb (30k) City Called |
| 4/3/04 | 1050 | | Steve Wilburn transporting Kolb home for meds |
| 4/3/04 | 1315 | | Kenneth Gilmore check sugar (91) OK 20 units taken |
| 4/3/04 | 1400 | | Sandwich out @ Noon sent home |
| 4/3/04 | 1740 | | Kenneth Gilmore 10k Sugar checked |
| | 1800 | | Fed Supper |
| 4/3/04 | 1800 | | 32 Count |
| | 1900 | | Gave Candy to (Gilmore), He G being a poor |
| | 1920 | | 10-45 10-8 (2) Johnson 10-8 |
| | 1944 | | 10-45 |
| | 2000 | | 10-45 |
| | 0808 | | Anthony Watts killed |

# DAILY ACTIVITY LOG

OFFICER: JE Gossett

| DATE | TIME TO: | FROM: | OFFICER: JE Gossett |
|---|---|---|---|
| 4/3/04 | | 1:20A | DF3 FS Come to Checker (Cota) |
| 3/04 | | 2105 | Cota Claim he pee~ Coke Sell |
| | | 2140 | B. Black          R. Thomas   (got Clothes) 10-45 |
| | | 2150 | D. Gossaway                (got Clothes) |
| | | 2235 | 3 Rolls of Tissue to Females |
| | | 2240 | DR 4D until Holding has Showers |
| | | 0010 | Started Showers  1) Graham  2) George  3) Miller  4) Hampton |
| | | 2306 | Clothes to females 1. Caples  3. Timmons  2. McMillon  4. Gossaway |
| | 0010 | | 10-45 |
| | 0000 | | 10-45 |
| | 0030 | | 10-45 Showers finished. All but Andy Williams |

Hosine has 10.00 + 25.00 in property (No change)

Item 0.75 in "Coke" Machine by Dispatch 04/03/04

D. Gasaway
04/03/04 got Change of Clothes

DAILY ACTIVITY LOG

| DATE | TIME: FROM: | TO: | OFFICER: D. Gasaway / R2 John | | | | | | | | | | | |
|------|-------------|-----|-------------------------------|---|---|---|---|---|---|---|---|---|---|---|
| 04/01/04 | 0030 | 1045 | Andy Yelling | | | | | | | | | | | |
| | 0112 | 1045 | | | | | | | | | | | | |
| | 0120 | 10-15 X1 (MHP) | | | | | | | | | | | | |
| | 0202 | Medic Called to check out M. McCallum | | | | | | | | | | | | |
| | 0225 | McCallum to NMMC by (Parent) (POV) | | | | | | | | | | | | |
| | 0304 | 10-45 | | | | | | | | | | | | |

# DAILY ACTIVITY LOG

| DATE | TIME TO: FROM: | OFFICER: J. Ingle |
|------|------|------|
| 4-4-04 | 06:00 - 10.8m | Sick |
| " | 06:52 | ob |
| " | 07:07 | ob |
| " | 07:18 | Breakfast served |
| " | 08:02 | ob |
| " | 08:33 | ob |
| " | 09:01 | ob |
| " | 09:29 | ob |
| " | 09:59 | Bro. Amos - Minister into dayroom |
| " | 10:23 | ob |
| " | 10:44 | Bro. Amos - Minister out of dayroom |
| " | 11:02 | ob |
| " | 11:31 | ob |
| " | 12:01 | ob |
| " | 12:33 | ob |
| " | 13:01 | ob |
| " | 13:31 | ob |
| " | 14:00 | dayroom out for rec  ob |
| " | 14:15 | dayroom back in  ob |

## DAILY ACTIVITY LOG

TO: _____ FROM: _____

OFFICER: J. Gile

| DATE | TIME | OFFICER: |
|------|------|----------|
| 4-4-04 | 14:30 | Nedelia Out to visit |
| " | 14:45 | Nedelia Back in |
| " | 15:00 | None out to visit |
| " | 15:15 | None back |
| " | 15:30 | Jul out to visit |
| " | 15:45 | Jul. back |
| " | 16:00 | off |
| " | 16:32 | off |
| " | 17:00 | off |
| " | 17:31 | wb |
| " | 18:00 | coke cot |
| " | 18:00 | - Supper Served |
| " | 18:00 | Meds |
| 4/4/04 | 1900 | HR Coke Cot prepared for 10 pm |
| | 2000 | Meds given |
| | 2145 | UD given |
| | 2200 | |
| | 2230 | going thru property |
| | 0300 | 10-45 |
| | 0336 | 10-45 |
| | 0006 | 10-45 |

# DAILY ACTIVITY LOG

| DATE | TIME: FROM: | TO: | OFFICER: J2 Garrett |
|---|---|---|---|
| 04/05/04 | 0037 | 10-45 | (Holding still Talking) continued |
| | 0100 | 10-45 | |
| | 0134 | 10-45 | (Finished going thru property found cigs n) |
| | 0213 | 10-45 | (Powder left in Melissa Gowdion) |
| | 0300 | 10-45 | |
| | 0340 | 10-45 | |
| | 0418 | 10-45 | |
| | 0500 | 10-45 | |
| | 0530 | 10-45 | |
| 4/5/04 | 0600 | B3 on Shift | |
| 4/5/04 | 0630 | OK | |
| 4/5/04 | 0700 | Breakfast & | |
| 4/5/04 | 0730 | meds 1 Kolbs Sugar Seniel in 123 took 15 units | |
| 4/5/04 | 0730 | cleaning out to clothes R.A. | |
| 4/5/04 | 0745 | OK | |
| | 0823 | Took Garbage out R&R glass 10-45 | |
| | | OK 10-45 | |
| | | OK 10-45 | |
| | 1438 | OK | |
| | 1280 | OK | |

## DAILY ACTIVITY LOG

| DATE | TIME TO: FROM: | OFFICER: |
|---|---|---|
| 4/5/04 | 1350 | Kenneth Gilmore Duggan check ✓ |
| 4/5/04 | | Gerad Kolb Duggan Tele |
| 4/5/04 | 1400 ok | |
| 4/5/04 | 535 ok | |
| 4/5/04 | 1637 ok | |
| 4/5/04 | 1705 Robert Horine got Shower | |
| 4/5/04 | 1800 Supper Served | |
| 4/5/04 | 1800 Send to C-2 as adult | |
| 4/5/04 | 1835 Holding till 1900 fashior | |
| 4/5/04 | 1910 Kolb B-25 345 Gilmore | |
| 4/5/04 | 1930 Coke Cell Holding | |
| 4/5/04 | 1945 DR coke CAM | |
| 4/6/04 | 19:55 Female coke CAM | |
| 4/5/04 | 2015 Female Showing Distrub | |
| 4/5/04 | 2100 Showing Gloria | |
| 4/5/04 | | Family out by gate |
| | | Showered Over |

# DAILY ACTIVITY LOG

| DATE | TIME | | OFFICER: |
|------|------|------|----------|
| | TO: | FROM: | |
| 4/6/04 | 0010 | | Female Couple + Escorting Property |
| 4/6/04 | 0110 | | Brought Sensible + mayo ring |
| 4/6/04 | 0230 | | Female's Still awake |
| 4/6/04 | 0315 | | Returned Sensible Cmd another female |
| 4/6/04 | 035 | | Call bennett at home to take intruder to |
| | | | hospital N advise call medic then Call Jim Shell |
| 4/6/04 | 0430 | | bennett not back |
| 4/6/04 | 0530 | | OK |
| 4/6/04 | 0600 | | G3 on duties |
| 4/6/04 | 0630 | | OK |
| 4/6/04 | 0700 | | Breakfast/meds |
| 4/6/04 | 0730 | | Harris out to work B.A. |
| 4/6/04 | 0800 | OK | |
| 4/6/04 | 0845 | OK | |
| 4/6/04 | 0900 | OK | |
| 4/6/04 | 1035 | OK | |
| 4/6/04 | | OK | OK |
| 4/6/04 | | OK | OK |
| | 13.45 OK | OK/13.37 Copies Complete by Paul |

# DAILY ACTIVITY LOG

| DATE | TIME: TO: FROM: | OFFICER: |
|---|---|---|
| 11/6/04 | 1500 1345 | Melvin Ware to desk on opened by |
| | 1525 | Melvin Ware to desk on opened by |
| | 16:01 | Menvil King to Qnital Appearance |
| | 18:00 | Supervisor Desi |
| | 18:30 | Supervisor Rounds |
| | 19:00 | Supervisor Rounds |
| | 19:00 | Tym Renfroe Cust in/out |
| | 19:30 | R-4 10-8 in jail |
| | 19:45 | OK |
| | 19:14 | Cole Call Day Room |
| | 20:14 | Cole Call Tier |
| | 20:30 | Cole Call Halltime |
| | 21:04 | Bob led in Crystal Presley |
| | 21:46 | Cole Call Women |
| | 22:20 | Med's given |
| | 22:20 | 15 DO led in James Johnson + Angel Walker |
| | 23:00 | Locked Day |
| | 23:20 | Elliott called Mollie |
| | 25:50 | Elliott - Court jury Unit for Crystal Presley Neg tars. |
| | | Robert - House telephone call |
| | 00:00 | OK |

# DAILY ACTIVITY LOG

| DATE | TIME: TO: | FROM: | OFFICER: Roy Knight |
|---|---|---|---|
| 4/7/04 | 00:50 | | OK |
| | 01:15 | | Tim Turner & Anthony Gates Ibew |
| | 01:45 | | Water Dog Ibew |
| | 02:20 | | OK Tim Replico Not tp Return Admit to Hospital |
| | 02:59 | | OK Water Dog up |
| | 03:27 | | OK Water Dog up |
| | 03:50 | | OK " " " |
| | 04:15 | | OK " " " |
| | 04:49 | | OK " " " |
| | 04:15 | | OK " " Give Water Dog |
| | 05:26 | | OK Water Dog in bed = |
| | 05:50 | | OK Morning Meds |

# DAILY ACTIVITY LOG

OFFICER: T-_____

| DATE | TIME: FROM: | TO: | Activity |
|---|---|---|---|
| 4-7-04 | 06:00 | 10:8... Tour | |
| 11 | 06:31 | cub | |
| 11 | 6:55 | cub | Breakfast served |
| 11 | 07:05 | cub | Meds given |
| 11 | 07:32 | cub | |
| 11 | 08:01 | cub | |
| 11 | 08:32 | cub | |
| 11 | 09:01 | cub | |
| 11 | 09:15 | cub | Patrol House (Elliott Butts + Cochran Stakeout at Chancy Court |
| 11 | 09:30 | cub | |
| 11 | 10:01 | cub | |
| 11 | 10:32 | cub | |
| 11 | 11:03 | cub | |
| 11 | 11:37 | cub | Butts + Stock Book Jus Court |
| 11 | 12:02 | cub | |
| 11 | 12:36 | cub | |
| | 13:04 | cub | |
| | 13:32 | cub | |
| | 14:02 | cub | |

# DAILY ACTIVITY LOG

| DATE | TIME: FROM: | TO: | OFFICER: T. Shale |
|---|---|---|---|
| 4-7-04 | 14:30 | ab | |
| // | 15:02 | ab | |
| // | 15:33 | ab | |
| // | 16:02 | ab | |
| // | 16:32 | ab | |
| // | 17:00 | ab | |
| // | 17:29 | Supper Served | |
| // | 18:00 | ab | |
| 4/7/04 | 2000 | (red mark through) | |
| 04/07/04 | 2100 | Count Gin | |
| | 2000 | Meds / LID | |
| | 2210 | Horine got Shower | |
| | 2300 | 10:45 | |
| | 2340 | 10:45 | |
| 4/08/04 | 2000 | 10:45 | |
| | 0040 | 10:45 | |
| | 0116 | 10:45 | |
| | 0156 | 10:45 | |
| | 0230 | 10:45 | |

28-1-14

# DAILY ACTIVITY LOG

OFFICER: J2 Cornett Captnel

| DATE | TIME: FROM: | TO: |
|------|-------------|-----|
| 04/08/04 | 6:255 | 10-45 |
|  | 0340 | 10-45 |
|  | 0418 | 10-45 |
|  | 0456 | 10-45 |
|  | 0530 | 10-45 |
|  | 0600 | 10-45 |
| 04/08/04 | 0600 | 10-45 |

M-18 F-8

DAILY ACTIVITY LOG

| DATE | TIME: FROM: | TO: | OFFICER: J-1 Smith |
|---|---|---|---|
| 4-8-04 | 06:00 | 10:8 - Smith | |
| 11 | 06:32 | wb | |
| 11 | 06:53 | Breakfast Served | |
| 11 | 07:24 | Meds Served | |
| 11 | 08:00 | wb | |
| 11 | 08:32 | wb | |
| 11 | 09:02 | wb | |
| 11 | 09:34 | wb | |
| 11 | 10:01 | wb | |
| 11 | 10:32 | wb | |
| 11 | 11:02 | wb | |
| 11 | 11:34 | wb | |
| 11 | 11:57 | wb | |
| 11 | 12:27 | wb | |
| 11 | 13:01 | wb | |
| 11 | 13:33 | wb | |
| | 14:02 | wb | |
| | 14:30 | wb | |
| | 15:02 | wb | |

# DAILY ACTIVITY LOG

OFFICER: _____ J-1

| DATE | TIME TO: | TIME FROM: | OFFICER: |
|------|----------|-----------|----------|
| 4-8-04 | | 15:30 | nb |
| 11 | | 16:00 | nb |
| | | 16:30 | nb |
| 4/08/04 | 1685 | 1640 | Medics 10-8 to see Haines |
| | | 1655 | Medics 10-7 |
| | | 1730 | Food here |
| | | 1745 | Shower Bodies out / Rebol 10-v / Bangkal out |
| | | 1830 | Rooster fixed |
| | | 1840 | J. Coples with mother to see Cowley |
| | | 1955 | MDOC (Simpson) here to see Cowley |
| | | 2030 | 10-13 SO (J-16) |
| | | 2100 | Nurse out (14 hour) |
| | | 2105 | Cell Call |
| | | 2140 | Cell Call |
| | | 2140 | CNoer (other Super) |
| | | 2210 | Emb. on scene (SS3) (other Sergeant) |
| | | 2240 | Shyied to J1 |
| | | | Haines Williams Jackson Miller Hamiltd Purcell |
| | | | Davies Jerome Roster Helen Wilson Lyons Winkst Davis |
| | | | Mcade |

**DAILY ACTIVITY LOG**

| DATE | TIME: FROM: | TO: | OFFICER: |
|------|------|------|----------|
| 4/08/04 4/05/04 | 000 | | Barrett / Miller / Hampton / Wallace (Histman ° Holding) |
| | 0005 | ~ | Barrett to Powell Co. C.S. |
| | 0025 | ~ | Barrett to Powell Co. C.S. |
| | 0035 | 10:15 | TE BACK AT SO (I MALE) |
| | 0300 | 10:45 | TE BACK AT SO WITH Gilmer from EK |
| | 0910 | 10:45 | |

Stitches (Horine) (2)

| ☐ JUVENILE | CUSTODY FORM | Case Number | Suffix |
|---|---|---|---|

**1 Name of Person Arrested** (Last, First, Middle): Gunthald Lee Elliott

**2. Alias or Nickname:**

**3. Address of Defendant** — Number and Street: 102 Buena Vista | City and State: Fulton

**4. Home Phone No.** 862 9370

Right Thumb Print

EXHIBIT Hallmark 18 2-16-00

**5. Occupation and Employer:** (Mental!)

**6. Social Security Number:** 361 58 4531

**7. Driver's License State?** MS

**8. Driver's License Number?** 361 58 4531

**9. Driver's License Type?** R

**10. Driver's License Expiration Date?** Mo. Day Yr.

**11. Age** 44 | **12. Sex** M | **13. Race** W | **14. Hispanic** ☐ / ☒ Non Hispanic | **15. Height** 6 | **16. Weight** 225 | **17. Hair** BRN | **18. Eyes** Blue | **19. Scars, Marks, Tatoos and Amputations**

**20. Date of Birth** 3-22-60

**21. Place of Birth** (City & State)

**22. Contact In Event of Emergency** Phillis Gunthald | **23. Relationship** Mother

**24. Contact's Address** — Number and Street: Buena Vista | City and State: Fulton, Ms. | **25. Home Phone** 862 9370 | **26. Business Phone**

**UCR** | **27. Date of Arrest** 4-1-04 | **28. Time of Arrest** 10:30 | **29. Location of Arrest** 102 Buena Vista | **30. Arrest Numbers** | **P L E A** | **COURT CLERK USE ONLY** Ledger/Minutes

**31. Charge/Offense** Domestic Violence / Simple Assault ☐ Fel. ☐ Misd. | **32. Date of Offense** 4-1-04 | **33. Court Date/Time** | **34. Bond Amount** | **88. Disp.**

**35. Charge/Offense** ☐ Fel. ☐ Misd. | **36. Date of Offense** | **37. Court Date/Time** | **38. Bond Amount** | **89. Disp.**

**39. Charge/Offense** ☐ Fel. ☐ Misd. | **40. Date of Offense** | **41. Court Date/Time** | **42. Bond Amount** | **90. Disp.**

**43. Charge/Offense** ☐ Fel. ☐ Misd. | **44. Date of Offense** | **45. Court Date/Time** | **46. Bond Amount** | **91. Disp.**

**CUSTODY STATUS**
**49.** ☐ Released, No Charge / ☐ Released, Summons / ☐ Pre-Trial Release / ☐ Cash Bail Receipt / ☐ Bond Co. _____ / ☐ Released, Time Served / ☐ Juvenile Shelter / ☐ Juvenile Detention / ☐ Municipal Jail / ☒ County Jail / ☐ Fine Receipt

**50. Detention: Date/Time** | **47. Total Bond** | **48. Court/District** City

**51. Released: Date/Time**

**52. Check Item(s) That Apply To Defendant:** ☐ Drinking ☐ Drugs ☒ Cooperative ☐ Drunk ☐ Resistive ☐ Belligerent

**53. Individual Armed?** ☐ Yes ☒ No Weapon: | **54. Other Person(s) Arrested For Same Offense** | **55. Vehicle** ☐ Yes See Property Stamp ☒ No | **56. Arresting Officer** No. F-2 Name: Holder

**57. How Arrest Was Made** ☒ On View ☐ On Call ☐ Warrant — Warrant By: Warrant Number: | **58. Assisting Officers:** (No. & Name)

**59. Officer Fingerprinting and Photographing** | **60. Jailer/Booking Officer** | **61. Cell No.** Hold 2 | **62. Property** ☒ Yes ☐ No | **63. Phone Call:** ☐ Yes ☒ No ☒ Refused

**64. Defendants Rights Given By** | Date | Time | Place | Witness

**65. Admissions, Confessions or Comments by Defendants** ☐ Spontaneous ☐ Prompted

Subject Arrested for Domestic Violence/Simple Assault for Pushing his mother out of the house.

**66. Give Details of What Prompted This Arrest** Family Trying to have subject see to Mental Facility

**67. Name of Witness to Arrest** ☐ Affiant | **68. Address** Number and Street / City and State | **69. Phone No.** | **70. Age**

If Juvenile, Parent or Guardian Name | **72. Address** Number and Street / City and State | **73. Phone No.** | **74. Contacted By**

**75. Other Parent or Guardian Name** | **76. Address** Number and Street / City and State | **77. Phone No.** | **78. Contacted By**

White = Records    Canary = UCR    Pink = Court/Detectives    Gold = Shift Capt/Jail    Page __ of __

C-4 (12-82)    Printed By RICHARDSON - Tupelo